# ELECTRONIC RECORD

COA # 05-13-01053-CR   OFFENSE: 22.04

STYLE: Phillip Merle Pitts v. The State of Texas   COUNTY: Dallas

COA DISPOSITION:   AFFIRM   TRIAL COURT: Criminal District Court No. 5

DATE: 05/19/2015   Publish: NO   TC CASE #: F-1112902-L

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Phillip Merle Pitts v. The State of Texas   CCA #: 750-15

_____ PRO SE _____ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

REFUSED   JUDGE: _____

DATE: 09/16/2015   SIGNED: _____   PC: _____

JUDGE: _____   PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD